**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KARI PEARCE, et al.,

                          Plaintiff,

       -against-                                     24 **CIVIL** 10017 (JPO)

                                                   **JUDGMENT**

MANHATTAN BOOKKEEPERS, INC,
et al.,

                          Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum & Order dated February 17, 2026, SWG's motion to dismiss for lack of personal jurisdiction is GRANTED pursuant to Rule 12(b)(2), and Plaintiffs' claims against SWG are dismissed without prejudice to refiling in a forum that can exercise personal jurisdiction over SWG; accordingly, the case is closed.

**Dated:** New York, New York

        February 19, 2026

                                               TAMMI M. HELLWIG
                                                        Clerk of Court

                            BY:

                                                   Deputy Clerk